Fitzgerald Johnson  
Versus  
City of Slidell  
Matt Fisher-Jailer  
John Doe- Jailor  
Slidell City Court  

Date Filed_____

Civil Action  
Eastern District of Louisiana  
United States District Court

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JUN 3 0 2004
LORETTA G. WHYTE
CLERK
04-1851

_____  
Deputy Clerk

SECT. A MAG. 5

## Civil Action

Now into the court comes plaintiff Fitzgerald Johnson who files this Federal/state Civil Rights action.

### Jurisdiction

Jurisdiction of this court is invoked under 28 USCA 1331, 1343 and La C.C. Article 2315-2324.

### Statement of Facts

1. On November 14, 2002 I went to Slidell City Court to pay $100 dollars on a previous DWI fine which the court accepted but still ordered me to serve six months in City Jail.

2. On November 16, 2002 Matt Fisher who was off duty came to my cell and we exchanged words which resulted in him going to get other officers to remove me from my cell for placement in a drunk tank for punishment. That during my removal officer Matt Fisher without probable cause or my consent kicked me between my lower back and buttocks. I was denied the right to see a doctor at their costs or mine.

3. I remained in the drunk tank for about two days without proper clothing being provided for the weather in light of it being extremely

cold, resulting in sickness to which I was denied the right to see a medical doctor.

4. On January 26, 2003 I broke my cap on my tooth due to a foreign object being in my food which I reported to the jailer to no avail since my cap wasn't replaced.

5. On the _____ day of _____ 200_ I asked John Doe, Jailer for some water in which he brought a cup of what later turned out to be peroxide, resulting in being transported to Slidell Memorial Hospital, by ambulance for treatment.

## Statement of Claims

1. My sentence and continued payment of DWI fines after the expiration of the court-ordered probationary period deprive The City Court of Jurisdiction to incarcerate me and take my money.

2. Officer Fisher's abuse of authority constitutes causing the battery and injuries to my person also constitutes cruel and unusual punishment, excessive use of force and denial of medical attention.

3. John Doe-Jailer knowingly giving me peroxide in place of water was designed to cause a battery upon my person including denial of immediate medical attention.

4. The City of Slidell is responsible for all acts of defendants in their official capacities under federal and state law.

Wherefore I pray the following Relief to Issue:

A) $100,000 dollars in compensatory damages
B) $10,000 dollars in punitive damages individually
C) Jury trial where applicable
D) Issue declamatory and injunctive relief to prevent future violations
E) (1) Declare my revocation of probation/incarceration and payments after the probationary term expired deprive the City Court of its Jurisdiction Rendering all acts an absolute nullity.
(2) Order all funds paid after the expiration of my probationary period returned with interest.

F) Any and all other monetary and equitable relief I'm entitled to by law.

Respectfully submitted this _____ day of November 2003 under the penalty of perjury and good-faith.

*Mr Fitzgerald Johnson*
FitzGerald Johnson
1132 Tupelo Street
Slidell, Louisiana 70458
(985) 641-0300

Please Serve

(1) Freddy Drennan- Police Chief
    Matt Fisher- Jailer
    John Doe- Jailer all At
    Slidell Police Department
    2112 Sgt. Alfred Drive
    Slidell, LA. 70458
    (985)646-4285

(2) Slidell City Court
    501 Bouscaren St.
    Slidell, LA 70458
    (985)643-1274

(3) City of Slidell
    C/O Timothy Mathison- city Attorney
    2056 Second Street
    Slidell, LA 70458
    (985)646-4396

(4) FitzGerald Johnson
    1132 Tupelo St.
    Slidell, LA 70458

AO 240 (EDLA 12/98)                                                                       PAGE 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Fitzgerald Johnson

v.

City of Slidell, et al

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

**CASE NUMBER:**

I, ___Fitzgerald Johnson___, declare that I am the (check appropriate box):

☒ petitioner/plaintiff/movant      ☐ other

in the above-styled and -numbered proceeding, and that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint, petition, or motion

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No    (If "No," go to Question 2)

   If "Yes," state the place of your incarceration: _____

   Are you employed at your place of incarceration?     ☐ Yes     ☐ No

   Do you receive any payment from your place of incarceration?    ☐ Yes    ☐ No

   Have your place of incarceration complete the *CERTIFICATE* portion of this affidavit and attach a ledger sheet from that institution and all others showing at least **the past six month's** transactions

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If your answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer

   $_____ salary or wages per _____

   Employer's name and address:

   b. If your answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your employer.

   $_____ salary or wages per _____

   Employer's name and address

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession, or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest, or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities, or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other source    ☐ Yes    ☒ No

AO 240 (EDLA 12/98)                                                                                                              PAGE 2

If the answer to any item in Question 3 is "Yes," describe each source of money and state the amount received **and** what you expect you will continue to receive

4   Do you have **any** cash or **any** checking or savings accounts?   ☐ Yes   ☒ No   If "Yes," state the total amount $_____

5   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

6   List the persons who are dependent on you for support, state your relationship to each person, and state how much you contribute to their support

    Name                            Relationship              Amount Contributed for Support

    N/A

I declare under penalty of perjury that the foregoing information is true and correct.

6-28-04                                                 X Mr. Fitzgerald Johnson
Date                                                    Signature of Applicant