FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV -2  AM 8: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FITZGERALD JOHNSON | CIVIL ACTION |
| VERSUS | NUMBER: 04-1851 |
| CITY OF SLIDELL, ET AL. | SECTION: "A"(5) |

### O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that plaintiff's motion for reconsideration is DENIED.

New Orleans, Louisiana, this 1st day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
_V_ CtRmDep___
___ Doc. No____