UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FITZGERALD JOHNSON                                               CIVIL ACTION

VERSUS                                                           NO. 04-1851

CITY OF SLIDELL, ET AL.                                          SECTION "A" (5)

## ORDER AND REASONS

Before this Court is a **Motion For Partial Summary Judgment (Rec. Doc. 36)** filed by Plaintiff, Fitzgerald Johnson, *pro se.* Defendant, the City of Slidell, opposes the motion. For the reasons set forth below, Defendants' Motion for Partial Summary Judgment **DENIED**.

Summary judgment is appropriate only if "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any," when viewed in the light most favorable to the non-movant, "show that there is no genuine issue as to any material fact." *TIG Ins. Co. v. Sedgwick James*, 276 F.3d 754, 759 (5th Cir. 2002) (citing *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249-50 (1986)). A dispute about a material fact is "genuine" if the evidence is such that a reasonable jury could return a verdict for the non-moving party. *Id.* (citing *Anderson*, 477 U.S. at 248). The court must draw all justifiable inferences in favor of the non-moving party. *Id.* (citing *Anderson*, 477 U.S. at 255). Once the moving party has initially shown "that there is an absence of evidence to support the non-moving party's cause," *Celotex*

1

*Corp. v. Catrett*, 477 U.S. 317, 325 (1986), the non-movant must come forward with "specific facts" showing a genuine factual issue for trial. *Id.* (citing FED.R.CIV.P. 56(e); *Matsushita Elec. Indus. Co. v. Zenith Radio*, 475 U.S. 574, 587 (1986)). Conclusional allegations and denials, speculation, improbable inferences, unsubstantiated assertions, and legalistic argumentation do not adequately substitute for specific facts showing a genuine issue for trial. *Id.* (citing *SEC v. Recile*, 10 F.3d 1093, 1097 (5th Cir. 1993)).

Plaintiff's Partial Motion for Summary Judgment consists of conclusory allegations. He has not demonstrated that there is an absence of genuine issues of material fact.

ACCORDINGLY,

**IT IS ORDERED** that **Plaintiff's Motion for Partial Summary Judgment (Rec. Doc. 36)** is **DENIED**.

New Orleans, Louisiana, this 19th Day of April, 2006.

_____
Judge Jay C. Zainey
United States District Court

2