UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FITZGERALD JOHNSON                                CIVIL ACTION

VERSUS                                            NUMBER: 04-1851

CITY OF SLIDELL, ET AL.                           SECTION: "A"(5)


**O R D E R**

Plaintiff's amended motion to compel with sanctions (rec. doc. 78) is hereby denied.

New Orleans, Louisiana, this  21st  day of August, 2006.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE